**Hannah HICKMON, Plaintiff–Appellant,**

v.

**Hazel C. BARNETT; Denny Kellenbenz, Defendants–Appellees.**

No. 01–1821.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 28, 2001.

Decided Dec. 19, 2001.

Hannah Hickmon, Appellant Pro Se.

Before WIDENER, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Hannah Hickmon appeals the district court's order dismissing her property dispute action. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Ac-

cordingly, we affirm on the reasoning of the district court. *See Hickmon v. Barnett,* No. CA–01–2188–3–19BD (D.S.C. June 1, 2001). We deny leave to proceed on appeal in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*